# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GEORGE ROWANN,                          : No. 34 WM 2015
                                        :
                Petitioner              :
                                        :
                                        :
                                        :
        v.                              :
                                        :
                                        :
                                        :
ERIE COUNTY COURT OF COMMON             :
PLEAS IN THE SIXTH JUDICIAL             :
DISTRICT OF PENNSYLVANIA,               :
                                        :
                Respondent              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.